IN THE UNITED STATES BANKRUPTCY COURT      FILED
FOR THE WESTERN DISTRICT OF PENNSYLVANIA     5/11/18 10:15 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Jerry C. Glikis | ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, | ) | Chapter 13 |
|    *Debtor(s)* | ) | Related Docket No. 89 and 93 |
| | ) | |
| | ) | |
| Jerry C. Glikis | ) | |
| Leslie C. Glikis, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
|    Vs. | ) | |
| | ) | |
| American Water, Cupelli & Cupelli, | ) | |
| Bethel Park School District, | ) | |
| Duquesne Light Company, | ) | |
| Emergency Physicians of Pittsburgh, | ) | |
| First National Bank, Jefferson Hospital, | ) | |
| Foundation Radiology Group, | ) | |
| HSBC Bank of Nevada, Kohl's, | ) | |
| Michael Bianco, DMD, | ) | |
| Mortland Physical Therapy, | ) | |
| Municipality of Bethel Park, | ) | |
| Orange Lake Resort and Country Club, | ) | |
| Pennsylvania American Water Company, | ) | |
| Physicians Landing Zone, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Subaru Motor Finance, West Penn Power, | ) | |
| County of Allegheny, | ) | |
| Capital Management Maintenance, | ) | |
| Columbia Gas, Dick's Sporting Goods, | ) | |
| c/o Midland Credit Management, | ) | |
| ECMC, Jefferson Region Medical Center, | ) | |
| Midland Credit Management, Inc, | ) | |
| as agent for Midland Funding LLC, | ) | |
| PHEAA, Pittsburgh Water & Sewage, | ) | |
| St. Clair Urgent Care, The Home Depot, | ) | |
| American Education Services, | ) | |
| Bethel Park School District, | ) | |
| Care Credit & Synchrony Bank, | ) | |
| Farmers Insurance Group, | ) | |
| JPMorgan Chase Bank, N.A., | ) | |

|  |  |
|---|---|
| Peoples Gas Company, | ) |
| M&T Bank, Pediatrics South Inc., | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     *Respondent(s)* | ) |

## ORDER OF COURT

AND NOW, to wit, this ___11th___ day of ___May___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion to Sell Real Estate Free and Divested of Liens filed at Docket No.89 is withdrawn and the hearing scheduled for May 23, 2018 at 9:00 AM is canceled.

Dated: 5/11/18

cm: Kenneth Steidl, Esq.

_____
Honorable Gregory␣␣Taddonio    hct
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jerry C. Glikis
Leslie C. Glikis
       Debtors

Case No. 15-21666-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: May 11, 2018
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db/jdb     +Jerry C. Glikis,    Leslie C. Glikis,    326 Marbury Road,    Bethel Park, PA 15102-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
     David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania draphael@grenenbirsic.com, mcupec@grenenbirsic.com
     James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
     Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
     Kenneth Steidl    on behalf of Debtor Jerry C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
     Kenneth Steidl    on behalf of Joint Debtor Leslie C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
     William E. Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
     TOTAL: 14