Case 15-21666-GLT    Doc 107    Filed 07/05/18    Entered 07/06/18 00:54:10    Desc
                    Imaged Certificate of Notice    Page 1 of 4

FILED
7/3/18 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Jerry C. Glikis | ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, | ) | Chapter 13 |
| *Debtor(s)* | ) | Related Docket No  98 |
| | ) | |
| | ) | |
| Jerry C. Glikis | ) | |
| Leslie C. Glikis, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| American Water, Cupelli & Cupelli, | ) | |
| Bethel Park School District, | ) | |
| Duquesne Light Company, | ) | |
| Emergency Physicians of Pittsburgh, | ) | |
| First National Bank, Jefferson Hospital, | ) | |
| Foundation Radiology Group, | ) | |
| HSBC Bank of Nevada, Kohl's, | ) | |
| Michael Bianco, DMD, | ) | |
| Mortland Physical Therapy, | ) | |
| Municipality of Bethel Park, | ) | |
| Orange Lake Resort and Country Club, | ) | |
| Pennsylvania American Water Company, | ) | |
| Physicians Landing Zone, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Subaru Motor Finance, West Penn Power, | ) | |
| County of Allegheny, | ) | |
| Capital Management Maintenance, | ) | |
| Columbia Gas, Dick's Sporting Goods, | ) | |
| c/o Midland Credit Management, | ) | |
| ECMC, Jefferson Region Medical Center, | ) | |
| Midland Credit Management, Inc, | ) | |
| as agent for Midland Funding LLC, | ) | |
| PHEAA, Pittsburgh Water & Sewage, | ) | |
| St. Clair Urgent Care, The Home Depot, | ) | |
| American Education Services, | ) | |
| Bethel Park School District, | ) | |
| Care Credit & Synchrony Bank, | ) | |

| | |
|---|---|
| Farmers Insurance Group, | ) |
| JPMorgan Chase Bank, N.A., | ) |
| Peoples Gas Company, | ) |
| M&T Bank, Pediatrics South Inc., | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| *Respondent(s)* | ) |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the *Application to Employ Realtor to Sell Debtors' Real Property*, (the "Application") filed at Doc. 98, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. Sonya Miklus and Keller Williams Realty East, 5425 Baum Boulevard, Pittsburgh, PA 15232 is hereby appointed as *Realtor* for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor(s) agent in connection with the sale of real estate located at 5204 Dresden Way, Pittsburgh PA 15201. A realtor commission in the amount of $4,000.00 or 6% of the gross sales price plus $500.00 administration fee is tentatively approved, subject to final court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final

compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

Date: July 3, 2018

Gregory R. Taddonio    drb
United States Bankruptcy Judge

CC:
Trustee
Debtor
Counsel for the Debtor
Realtor/Broker
Office of the U.S. Trustee

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jerry C. Glikis
Leslie C. Glikis
       Debtors

Case No. 15-21666-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jul 03, 2018
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.
db/jdb       +Jerry C. Glikis,   Leslie C. Glikis,   326 Marbury Road,   Bethel Park, PA 15102-1610
r           +Sonya Miklus,   Keller Williams Realty East,   5425 Baum Boulevard,   Pittsburgh, PA 15232-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:
        David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
         draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
        James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   Bethel Park School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
        Jennifer L. Cerce   on behalf of Creditor   Bethel Park School District jlc@mbm-law.net
        Kenneth Steidl   on behalf of Debtor Jerry C. Glikis julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
         inberg.com
        Kenneth Steidl   on behalf of Joint Debtor Leslie C. Glikis julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
         inberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        William E. Miller   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                                                                           TOTAL: 14