IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Jerry C. Glikis | ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, | ) | Chapter 13 |
|     *Debtor(s)* | ) | Related Docket No. 106 |
| | ) | |
| | ) | |
| Jerry C. Glikis | ) | |
| Leslie C. Glikis, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
|     Vs. | ) | |
| | ) | |
| American Water, Cupelli & Cupelli, | ) | |
| Bethel Park School District, | ) | |
| Duquesne Light Company, | ) | |
| Emergency Physicians of Pittsburgh, | ) | |
| First National Bank, Jefferson Hospital, | ) | |
| Foundation Radiology Group, | ) | |
| HSBC Bank of Nevada, Kohl's, | ) | |
| Michael Bianco, DMD, | ) | |
| Mortland Physical Therapy, | ) | |
| Municipality of Bethel Park, | ) | |
| Orange Lake Resort and Country Club, | ) | |
| Pennsylvania American Water Company, | ) | |
| Physicians Landing Zone, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Subaru Motor Finance, West Penn Power, | ) | |
| County of Allegheny, | ) | |
| Capital Management Maintenance, | ) | |
| Columbia Gas, Dick's Sporting Goods, | ) | |
| c/o Midland Credit Management, | ) | |
| ECMC, Jefferson Region Medical Center, | ) | |
| Midland Credit Management, Inc, | ) | |
| as agent for Midland Funding LLC, | ) | |
| PHEAA, Pittsburgh Water & Sewage, | ) | |
| St. Clair Urgent Care, The Home Depot, | ) | |
| American Education Services, | ) | |
| Bethel Park School District, | ) | |
| Care Credit & Synchrony Bank, | ) | |
| Farmers Insurance Group, | ) | |
| JPMorgan Chase Bank, N.A., | ) | |
| Peoples Gas Company, | ) | |
| M&T Bank, Pediatrics South Inc., | ) | |

Ronda J. Winnecour, Chapter 13 Trustee,    )
    *Respondent(s)*    )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 12, 2018, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

| | |
|---|---|
| Ronda J. Winnecour, Trustee<br>Suite 3250 – US Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Jerry & Leslie Glikis<br>326 Maybury Road<br>Bethel Park, Pa 15102 |
| Office of the United States Trustee<br>Suite 970, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Sonya Miklus<br>Keller Williams Realty East<br>5425 Baum Boulevard<br>Pittsburgh, Pa 15232 |

Date of Service: July 12, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    707 Grant Street
    Suite 2830, Gulf Tower
    Pittsburgh, PA 15219
    (412) 391-8000
    Ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965