IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Jerry C. Glikis ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, ) | Chapter 13 |
| *Debtor(s)* ) | Related Docket No.100-101 |
| ) | |
| ) | |
| Jerry C. Glikis ) | |
| Leslie C. Glikis, ) | |
| *Movant(s)* ) | |
| ) | |
| No *Respondent(s)* ) | |

## PROOF OF PUBLICATION OF SALE IN THE ALLEGHENY COUNTY LEGAL JOURNAL ON JUNE 25, 2018

Attached is Proof of Publication of Sale in the Allegheny Legal Journal on June 25, 2018

Respectfully submitted,

July 18, 2018  
Date:

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
IN RE: Jerry C. Glikis and Leslie C. Glikis
Bankruptcy Number: 15-21666 GLT
Notice of Sale to Creditors and Other Parties in Interest

Notice is hereby given that Kenneth Steidl, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Divested of all Liens, Judgments and Encumbrances.

The Debtors, Jerry C. Glikis and Leslie C. Glikis, have received an offer of $242,000.00 with a seller assist of 3% of the purchase price for the Debtors' real property being known as 5204 Dresden Way, Pittsburgh, PA 15201 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on July 18, 2018 at 9:00 AM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtors' attorney, Kenneth Steidl, Esquire, Steidl and Steinberg, Suite 2830 - Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, 412-391-8000.

18-03454 Jun 25, 2018

Fictitious Name