IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Jerry C. Glikis ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, ) | Chapter 13 |
| *Debtor(s)* ) | Related Docket No.109-110 |
| ) | |
| ) | |
| Jerry C. Glikis ) | |
| Leslie C. Glikis, ) | |
| *Movant(s)* ) | |
| ) | |
| Vs. ) | |
| ) | |
| No Respondent(s) ) | |

## PROOF OF PUBLICATION OF SALE IN THE ALLEGHENY COUNTY LEGAL JOURNAL ON JULY 25, 2018

Attached is Proof of Publication of Sale in the Allegheny Legal Journal on July 25, 2018

                                                              Respectfully submitted,

August 13, 2018                      /s/ Kenneth Steidl
Date:                                    Kenneth Steidl, Esquire
                                             Attorney for the Debtor
                                             STEIDL & STEINBERG
                                             707 Grant Street
                                             Suite 2830, Gulf Tower
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             Ken.steidl@steidl-steinberg.com
                                             PA I.D. No. 34965

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Jerry C. Glikis, Leslie C. Glikis
Bankruptcy No.: 15-21666 GLT
Notice of Sale to Creditors and Other Parties in Interest

Notice is hereby given that Kenneth Steidl, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Divested of all Liens, Judgments and Encumbrances.

The Debtors, Jerry C. Glikis and Leslie C. Glikis, have received an offer of $228,000.00 with a seller assist of $6,840.00 or 3% of the purchase price for the Debtors' real property being known as 5204 Dresden Way, Pittsburgh, PA 15201 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on August 15, 2018 at 9:00 AM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtors' attorney Kenneth Steidl, Esq., Steidl & Steinberg, Gulf Tower, 707 Grant St., Ste. 2830, Pittsburgh, PA 15219, 412-391-8000.

18-04221 Jul 25, 2018