

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-21666-GLT |
| | : | Chapter: | 13 |
| Jerry C. Glikis | : | | |
| Leslie C. Glikis | : | | |
| | : | Date: | 8/15/2018 |
| Debtor(s). | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** # 109 Amended Motion to Sell Property Free and Clear of Liens under Section 363(f).
  Re: 5204 Dresden Way, Pittsburgh PA 15201.
  # 112 - Proof of Publication in the Pittsburgh Post Gazette
    # 113 - CNO filed
  # 114 - Proof of Publication in the Allegheny County Legal Journal

**APPEARANCES:**
  Debtor:    Kenneth M. Steinberg
  Trustee:   Jana Pail

**NOTES:**

Steinberg: The sale of the property will end the plan. The realtor was approved by the Court on July 3, 2018. The offer is $228,000 with a seller assist of 3%. The appraisal of the house was lower than the original sale price so the motion was amended to reflect that. This is an arms-length transaction. Sale was advertised in Post Gazette and Allegheny County Legal Journal, and the bankruptcy court EASI site. Proof of publication was filed.

Court: Anyone else to be heard?

Pail: If the trustee fee of $47.72 could be inserted that would be appreciated.

[the Court exposed the property for sale]

Court: The Zinnatis have the highest and best offer and the property is sold to them. The forum selection clause is amended to require disputes to be brought in the bankruptcy court.

**OUTCOME:**

 1. The motion to sell property [Dkt. No. 109] is granted (o/e).

**DATED:** 8/15/2018