IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Jerry C. Glikis | ) | Case No. 15-21666 GLT |
| Leslie C. Glikis, | ) | Chapter 13 |
|     *Debtor(s)* | ) | Related Docket No. 116 |
| | ) | |
| | ) | |
| Jerry C. Glikis | ) | |
| Leslie C. Glikis, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
|     Vs. | ) | |
| Anthony and Heidi Zanotti, | ) | |
| American Water, Cupelli & Cupelli, | ) | |
| Bethel Park School District, | ) | |
| Duquesne Light Company, | ) | |
| Emergency Physicians of Pittsburgh, | ) | |
| First National Bank, Jefferson Hospital, | ) | |
| Foundation Radiology Group, | ) | |
| HSBC Bank of Nevada, Kohl's, | ) | |
| Michael Bianco, DMD, | ) | |
| Mortland Physical Therapy, | ) | |
| Municipality of Bethel Park, | ) | |
| Orange Lake Resort and Country Club, | ) | |
| Pennsylvania American Water Company, | ) | |
| Physicians Landing Zone, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Subaru Motor Finance, West Penn Power, | ) | |
| County of Allegheny, | ) | |
| Capital Management Maintenance, | ) | |
| Columbia Gas, Dick's Sporting Goods, | ) | |
| c/o Midland Credit Management, | ) | |
| ECMC, Jefferson Region Medical Center, | ) | |
| Midland Credit Management, Inc, | ) | |
| as agent for Midland Funding LLC, | ) | |
| PHEAA, Pittsburgh Water & Sewage, | ) | |
| St. Clair Urgent Care, The Home Depot, | ) | |
| American Education Services, | ) | |
| Bethel Park School District, | ) | |
| Care Credit & Synchrony Bank, | ) | |
| Farmers Insurance Group, | ) | |
| JPMorgan Chase Bank, N.A., | ) | |
| Peoples Gas Company, | ) | |
| M&T Bank, Pediatrics South Inc., | ) | |

Ronda J. Winnecour, Chapter 13 Trustee,    )
    *Respondent(s)*    )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 16, 2018, a true and correct copy of the *Order Confirming Chapter 13 Sale of Property Free and Divested of Liens* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Sonya Mikulus
Keller Williams Realty Pittsburgh East
5425 Baum Blvd.
Pittsburgh, PA 15232

Anthony Zanotti
Heidi Zanotti
5300 Butler Street
Pittsburgh, PA 15201

Catherine Lafferty
Coldwell Banker Real Estate
5996 Penn Circle South, Suite 301
Pittsburgh, PA 15206

Date of Service: August 16, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    707 Grant Street
    Suite 2830, Gulf Tower
    Pittsburgh, PA 15219
    (412) 391-8000
    Ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965

```
Label Matrix for local noticing          Allegheny County Treasurer              American Education Services
0315-2                                   c/o Jordan Tax Service Inc.             Payment Center
Case 15-21666-GLT                        102 Rahway Road                         Harrisburg, PA 17130-0001
WESTERN DISTRICT OF PENNSYLVANIA         McMurray, PA 15317-3349
Pittsburgh
Thu Aug 16 15:16:21 EDT 2018

American Water                           Peter J. Ashcroft                       Bethel Park School District
P.O. Box 578                             Bernstein-Burkley, P.C.                 c/o Maiello Brungo & Maiello, LLP
Alton, IL 62002-0578                     Suite 2200, Gulf Tower                  100 Purity Road
                                         Pittsburgh, PA 15219-1900               Suite 3
                                                                                 Pittsburgh, PA 15235-4441

Bethel Park School District              Capital Management Maintenance          Care Credit & Synchrony Bank
c/o Maiello Brungo & Maiello, LLP.       P.O. Box 864964                         c/o Patenaude & Felix
One Churchill Park                       Orlando, FL 32886-4964                  4545 Murphy Canyon Road
3301 Mccrady Road                                                                3rd Floor
Pittsburgh, PA 15235-5137                                                        San Diego, CA 92123-4363

Jennifer L. Cerce                        (p)COLUMBIA GAS                         County of Allegheny
Maiello Brungo & Maiello                 290 W NATIONWIDE BLVD 5TH FL            c/o Goehring Rutter & Boehm
Southside Works                          BANKRUPTCY DEPARTMENT                        437 Grant Street, 14th Floor
424 S. 27th Street, Ste 210              COLUMBUS OH 43215-4157                       Pittsburgh, PA 15219-6101
Pittsburgh, PA 15203-2380

Cupelli & Cupelli                        Dick's Sporting Goods                   Duquesne Light Company
101 Drake Road                           c/o Midland Credit Management Inc.      411 Seventh Avenue
Pittsburgh, PA 15241-1556                8875 Aero Drive                         Pittsburgh, PA 15219-1942
                                         Suite 200
                                         San Diego, CA 92123-2255

Duquesne Light Company                   ECMC                                    Educational Credit Management Corporation
c/o Peter J. Ashcroft,                   P.O. BOX 16408                          PO Box 16408
Bernstein-Burkley, P.C.,                 ST. PAUL, MN 55116-0408                 St. Paul, MN 55116-0408
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

Emergency Physicians of Pittsburgh       Equitable Gas Bankruptcy Department     Farmers Insurance Group
P.O. Box 3192                            Attn:  Judy Gawlowski                   c/o Credit Collection Services
Indianapolis, IN 46206-3192              225 North Shore Drive 2nd Floor         2 Wells Avenue, Department 9134
                                         Pittsburgh, PA 15212-5860               Newton, MA 02459-3225

First National Bank                      First National Bank of Pennsylvania     First National Bank of Pennsylvania
4140 East State Street                   4140 East State Street                  c/o David W. Raphael, Esquire
Hermitage, PA 16148-3401                 Hermitage, PA 16148-3401                Grenen & Birsic, PC
                                                                                 One Gateway Center, 9th Floor
                                                                                 Pittsburgh, PA  15222

Foundation Radiology Group               Jerry C. Glikis                         Leslie C. Glikis
350 North Orleans Street                 326 Marbury Road                        326 Marbury Road
8th Floor, Dept. 6235                    Bethel Park, PA 15102-1610              Bethel Park, PA 15102-1610
Chicago, IL 60654-1975

HSBC Bank of Nevada                      Jeffrey R. Hunt                         JPMorgan Chase Bank, N.A.
c/o Portfolio Recovery Associates        Goehring, Rutter & Boehm                National Bankruptcy Department
P.O. Box 12914                           437 Grant Street                        P.O Box 29505 AZ1-1191
Norfolk, VA 23541-0914                   14th Floor                              Phoenix, AZ 85038-9505
                                         Pittsburgh, PA 15219-6107
```

| | | |
|---|---|---|
| Jefferson Hospital<br>P.O. Box 643054<br>Pittsburgh, PA 15264-3054 | Jefferson Region Medical Center<br>P.O. Box 643054<br>Pittsburgh, PA 15264-3054 | Kohl's<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Kohl's<br>c/o Bonded Collection Company<br>P.O. Box 2248<br>Norcross, GA 30091-2248 | Kohl's<br>c/o Credit Control LLC<br>P.O. Box 488<br>Hazelwood, MO 63042-0488 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Michael Bianco, DMD<br>4232 Brownsville Road<br>GBU Building<br>Pittsburgh, PA 15227-3330 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Sonya Miklus<br>Keller Williams Realty East<br>5425 Baum Boulevard<br>Pittsburgh, PA 15232-1201 |
| William E. Miller<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3400 | Mortland Physical Therapy<br>451 Valley Brook Road<br>McMurray, PA 15317-3375 | Municipality of Bethel Park<br>c/o Goehring Rutter & Boehm<br>   437 Grant Street, 14th Floor<br>   Pittsburgh, PA 15219-6101 |
| Municipality of Bethel Park<br>c/o Jordan Tax Service, Inc.<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Municipality of Bethel Park<br>c/o Jordan Tax Service, Inc.<br>7100 Baptists Road<br>Bethel Park, PA 15102-3908 | Municipality of Bethel Park/Bethel Park SD<br>c/o Goehring Rutter & Boehm<br>   437 Grant Street, 14th Floor<br>   Pittsburgh, PA 15219-6101 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Orange Lake Resort and Country Club<br>P.O. Box 791362<br>Baltimore, MD 21279-1362 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| Pediatrics South Inc.<br>3055 Washington Road<br>Suite 102<br>McMurray, PA 15317-3279 | Pennsylvania American Water Company<br>P.O. Box 371412<br>Pittsburgh, PA 15250-1412 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Gas Company & Equitable Gas<br>P.O. Box 371820<br>Pittsburgh, PA 15250-7820 | Physicians Landing Zone<br>P.O. Box 14000<br>Belfast, ME 04915-4033 | Pittsburgh Water & Seage<br>1200 Penn Ave-Penn Liberty Plaza I<br>Pittsburgh, PA 15222-4216 |
| Pittsburgh Water & Sewer Authority<br>c/o Goehring Rutter & Boehm<br>   437 Grant Street, 14th Floor<br>   Pittsburgh, PA 15219-6101 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | David W. Raphael<br>Grenen & Birsic, P.C.<br>One Gateway Center<br>Ninth Floor<br>Pittsburgh, PA 15222 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | St. Clair Urgent Care<br>P.O. Box 645163<br>Pittsburgh, PA 15264-5163 |

| | | |
|---|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Subaru Motor Finance<br>P.O. Box 78101<br>Phoenix, AZ 85062-8101 | The Home Depot<br>c/o Portfolio Recovery Assoc.<br>P.O. Box 12903<br>Norfolk, VA 23541-0903 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | West Penn Power<br>1310 Fairmont Ave<br>Fairmont WV 26554-3526 |
| West Penn Power Company<br>P.O. Box 3615<br>Akron, OH 44309-3615 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Columbia GAs of Pa.<br>PO Box 117<br>Columbus, OH 43216 | (d)Columbia Gas Company<br>P.O. Box 742537<br>Cincinnati, OH 45274-2537 | M&T Bank<br>P.O. Box 62182<br>Baltimore, MD 21264-2182 |
| (d)M&T bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allegheny County | (d)Bethel Park School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | (u)Duquesne Light Company |
| (d)First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148-3401 | (u)M&T BANK | (u)Municipality of Bethel Park |
| (u)Pittsburgh Water & Sewer Authority | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     7<br>Total                  74 | |