IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
AUG 15 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN RE )
)
Jerry C. Glikis ) Case No. 15-21666 GLT
Leslie C. Glikis, ) Chapter 13
*Debtor(s)* ) Related Docket No 109
)
)
Jerry C. Glikis )
Leslie C. Glikis, )
*Movant(s)* )
)
Vs. )
Anthony and Heidi Zanotti, )
American Water, Cupelli & Cupelli, )
Bethel Park School District, )
Duquesne Light Company, )
Emergency Physicians of Pittsburgh, )
First National Bank, Jefferson Hospital, )
Foundation Radiology Group, )
HSBC Bank of Nevada, Kohl's, )
Michael Bianco, DMD, )
Mortland Physical Therapy, )
Municipality of Bethel Park, )
Orange Lake Resort and Country Club, )
Pennsylvania American Water Company, )
Physicians Landing Zone, )
Portfolio Recovery Associates LLC, )
Subaru Motor Finance, West Penn Power, )
County of Allegheny, )
Capital Management Maintenance, )
Columbia Gas, Dick's Sporting Goods, )
c/o Midland Credit Management, )
ECMC, Jefferson Region Medical Center, )
Midland Credit Management, Inc, )
as agent for Midland Funding LLC, )
PHEAA, Pittsburgh Water & Sewage, )
St. Clair Urgent Care, The Home Depot, )
American Education Services, )
Bethel Park School District, )
Care Credit & Synchrony Bank, )
Farmers Insurance Group, )
JPMorgan Chase Bank, N.A., )
Peoples Gas Company, )
M&T Bank, Pediatrics South Inc., )
Ronda J. Winnecour, Chapter 13 Trustee, )
*Respondent(s)* )

## ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
## FREE AND DIVESTED OF LIENS

AND NOW, this  15th day of August 2018, on consideration of the Debtors' Motion for Sale of Property Free and Divested of Liens to Anthony and Heidi Zanotti, for $228,000.00 with a seller assist of $6,840.00 or 3% of the purchase price, after hearing held in Courtroom A, 54th Floor, 600 Grant Street, Pittsburgh, PA, this date, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above-named Respondent, was effected on the following secured creditors whose liens are recited in said Motion for Private sale, viz:

| DATE OF SERVICE | NAME OF LIENOR AND SECURITY |
| --- | --- |
| July 17, 2018 | M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 |
| July 17, 2018 | Pittsburgh Water & Sewage<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, Pa 15219 |
| July 17, 2018 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing was duly advertised on the Court's website pursuant to *W.PA LBR 6004-1(c)(2)* on July 17, 2018, the Pittsburgh Post-Gazette on July 23, 2018 and in the Allegheny County Legal Journal on July 25, 2018, as shown by the Proof of Publications that are to be duly filed.

(4) That at the sale hearing the highest/best offer received was that of the above Buyers and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $228,000.00 with a seller assist of $6,840.00 or 3% of the purchase price offered by Anthony and Heidi Zanotti was a full and fair price for the property in question.

(6) That the Sellers' realtor was appointed by Court Order dated July 3, 2018.

(7) That the Buyers have acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d.143 (*3d Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by Special Warranty deed of the real property described as 5204 Dresden Way, Pittsburgh PA 15201 in Allegheny County is hereby **CONFIRMED** to Anthony and Heidi Zanotti for $228,000.00 with a seller assist of $6,840.00 or 3% of the purchase price, free and divested of the above recited liens and claims, and, that the Movants are authorized to make, execute and deliver to the Buyers above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby, are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movants pending further Order of this Court after notice and hearing.

(1) The following liens(s)/claim(s) and amounts; M&T Bank in the approximate amount of $50,000.00. The total pay-off amount will be determined when the closing agent obtains the pay-off balance at the time of the closing and Pittsburgh Water & Sewage in the amount of $368.86;
(2) Delinquent real estate taxes and municipal fees, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) Normal closing costs including title search, legal fees, revenue stamps, and any other normal and necessary closing costs;
(5) The costs of local newspaper advertising in the amount of $631.25 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(6) The costs of legal journal advertising in the amount of $428.60 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(7) The Court filing fee of $181.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(8) The Court approved realtor commission in the amount of $14,180.00 plus $500.00 administration fee is payable to Sonya Mikulus and Keller Williams Realty East;
(9) The Court approved attorney fees in the amount of $3,555.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(10) Chapter 13 Trustee "percentage fees" in the amount of $ 47.72 payable to *Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 2587, Pittsburgh, PA 15230*";

(11) The Debtors' exemption pursuant to 11 U.S.C. §522(d)(5) in the amount of $25,400.00 is payable to Jerry C. Glikis and Leslie C. Glikis;

(12) The "net proceeds" from the closing as identified on the HUD-1 or other settlement statement to the Chapter 13 Trustee payable to "*Ronda J. Winnecour, Ch. 13 Trustee. P. O. Box 84051, Chicago, IL 60689-4002;*";

(13) Other:_____.

FURTHER ORDERED that:

(1) *Within seven (7) days of the date of this Order,* the Movants/Plaintiffs shall serve a copy of the within *Order* on each Respondents/Defendants (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney of the Debtors, the Closing Agent, the Purchasers, and the attorney for the Buyers, if any, ad file a certificate of service.

(2) *Closing shall occur within ninety (90) days of this Order.*

(3) *Within seven (7) days following closing,* the Movants/Plaintiffs shall file a *Report of Sale* which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4) This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Notwithstanding anything in the sale agreement to the contrary (including ¶ 32(B)), any disputes between buyers and sellers shall be brought to the bankruptcy court (exclusively) for resolution.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jerry C. Glikis
Leslie C. Glikis
    Debtors

Case No. 15-21666-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Aug 15, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db/jdb     +Jerry C. Glikis,   Leslie C. Glikis,   326 Marbury Road,   Bethel Park, PA 15102-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
      David W. Raphael   on behalf of Creditor    First National Bank of Pennsylvania draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      Jeffrey R. Hunt   on behalf of Creditor   Bethel Park School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Jennifer L. Cerce   on behalf of Creditor   Bethel Park School District jlc@mbm-law.net
      Kenneth Steidl   on behalf of Debtor Jerry C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Kenneth Steidl   on behalf of Joint Debtor Leslie C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      William E. Miller   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                 TOTAL: 14