**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JERRY C. GLIKIS<br>LESLIE C. GLIKIS<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JERRY C. GLIKIS<br>LESLIE C. GLIKIS<br><br>      Respondents | FILED<br>9/13/18 8:42 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.15-21666GLT<br><br>Chapter 13<br><br>Document No.__120___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___13th___ day of September, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Parcel Service Inc
Attn: Payroll Manager
55 Glenlake Parkway North East
Atlanta, GA 30328

is hereby ordered to immediately terminate the attachment of the wages of JERRY C. GLIKIS, social security number XXX-XX-5716. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JERRY C. GLIKIS.

BY THE COURT:

_____ jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jerry C. Glikis
Leslie C. Glikis
    Debtors

Case No. 15-21666-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Sep 13, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db          +Jerry C. Glikis,    326 Marbury Road,    Bethel Park, PA 15102-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:

        David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com, cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
        Kenneth Steidl    on behalf of Debtor Jerry C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kenneth Steidl    on behalf of Joint Debtor Leslie C. Glikis julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        William E. Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                                  TOTAL: 14