**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

09/21/2018

IN RE:

JERRY C. GLIKIS
LESLIE C. GLIKIS
326 MARBURY ROAD
BETHEL PARK, PA 15102
XXX-XX-5716         Debtor(s)

XXX-XX-2958

Case No.15-21666 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/21/2018

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 204.63 <br> COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2958 |
| **CARE CREDIT** <br> 950 FORRER BLVD <br> KETTERING, OH  45420 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **COLUMBIA GAS OF PA INC(*)** <br> PO BOX 117 <br> COLUMBUS, OH  48216-0117 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 18 <br> CLAIM: 315.39 <br> COMMENT: 0003/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0013 |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number: 4   INT %: 5.24% <br> Court Claim Number: 2 <br> CLAIM: 5,600.14 <br> COMMENT: CL$GOV*7541.09@5.24%MDF/PL*2ND*W/36 | CRED DESC: MORTGAGE PAID IN FULL <br> ACCOUNT NO.: 0900 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number: 5   INT %: 12.00% <br> Court Claim Number: 9 <br> CLAIM: 1,674.43 <br> COMMENT: 476A138*CL9GOV*2022.49@12%~13-14@TOT/PL*13-15*W/37 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A138 |
| **BETHEL PARK SD (BETHEL) (RE)** <br> C/O ANDREWS AND PRICE LLC - DLNQ CLLCTR <br> 1500 ARDMORE BLVD #506 <br> PITTSBURGH, PA  15221 | Trustee Claim Number: 6   INT %: 10.00% <br> Court Claim Number: 5 <br> CLAIM: 4,094.07 <br> COMMENT: 476A138*CL5GOV*4624.10@10%~13-14@TOT/PL*08-10,12-14*W/39 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A138 |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 1-2 <br> CLAIM: 0.00 <br> COMMENT: PMT/CL-PL*879.24 X (60+2)=LMT*1ST*AMD*BGN 5/15 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5070 |
| **M & T BANK** <br> 1100 WEHRLE DR <br> WILLIAMSVILLE, NY  14221 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 17,639.23 <br> COMMENT: PMT/DECL*438.34/CL-PL*DK4PMT-LMT*BGN 6/15 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5178 |
| **MUNICIPALITY OF BETHEL PARK (RE)** <br> C/O JORDAN TAX SVC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number: 9   INT %: 10.00% <br> Court Claim Number: 8 <br> CLAIM: 584.80 <br> COMMENT: 476A138*CL8GOV*708.77@10%@TOT/PL*13-14*W/40 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A138 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 901032 <br> FT WORTH, TX  76101-2032 | Trustee Claim Number: 10  INT %: 5.29% <br> Court Claim Number: 11 <br> CLAIM: 11,389.78 <br> COMMENT: $CL-PL*5%MDF/PL@SUBARU FNC | CRED DESC: VEHICLE <br> ACCOUNT NO.: 0500 |

CLAIM RECORDS

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4 | CLAIM: 0.00<br>COMMENT: PMT/PL*100 X (60+2)=LMT*FR PHEAA-DOC 83 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 2958 |
| **CAPITAL MANAGEMENT MAINTENANCE**<br>PO BOX 864964<br>ORLANDO, FL 32886 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7740 |
| **CUPELLI & CUPELLI**<br>411 MCMURRAY RD #102<br>BETHEL PARK, PA 15102 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 626.40<br>COMMENT: 7314/SCH*GE CAPITAL RETAIL BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6065 |
| **EMERGENCY PHYSICIANS ASSOCIATE**<br>POB 730<br>FREDERICK, MD 21705 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT COLLECTION SERVICES**<br>94 WELLS AVE<br>NEWTON, MA 02166 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH*FARMERS INSURANCE GRP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FOUNDATION RADIOLOGY GROUP++**<br>POB 60<br>PITTSBURGH, PA 15230 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:15 | CLAIM: 915.82<br>COMMENT: HSBC/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5123 |
| **JEFFERSON REGIONAL HOSPITAL**<br>PO BOX 3475<br>TOLEDO, OH 43607 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **JEFFERSON REGIONAL HOSPITAL**<br>PO BOX 3475<br>TOLEDO, OH 43607 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BONDED COLLECTION CORP**<br>29 E MADISON ST<br><br>CHICAGO, IL 60602 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT CONTROL COLLECTIONS**<br>POB 72*<br><br>ALTOONA, PA 16603 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8434 |
| **MICHAEL BIANCI DMD**<br>88 FORT COUCH RD STE 202<br><br>PITTSBURGH, PA 15241 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MORTLAND PHYSICAL THERAPY**<br>451 VALLEY BROOK RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 25  INT %: 10.00%<br>Court Claim Number: 7<br>CLAIM: 470.08<br>COMMENT: 476A138*CL7GOV*536.80@10%TTL/PL*14-15*UNS/SCH*W/38 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A138 |
| **ORANGE LAKE CNTRY CLUB &RSRT**<br>8505 W IRLO BRONSON HWY<br><br>KISSIMMEE, FL 24747 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7740 |
| **PEDIATRICS SOUTH & WEST**<br>240 MT LEBANON BLVD<br><br>PITTSBURGH, PA 15234 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **AMERICAN WATER CO****<br>POB 578<br><br>ALTON, IL 62002-0578 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 170.65<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8252 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 358.47<br>COMMENT: 3239/SCH*001893239000018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0018 |
| **PHYSICIANS LANDING ZONE**<br>120 FIFTH AVE<br><br>PITTSBURGH, PA 15222-3000 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTH***<br>C/O JORDAN TAX SERVICE INC*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:31  INT %:  10.00%<br>Court Claim Number:19<br>CLAIM:  389.46<br>COMMENT:  80C22*CL19GOV*423.21@10%TTL/PL*13-15*UNS/SCH*W43 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0C22 |
| **ST CLAIR URGENT CARE**<br>PO BOX 645163<br>PITTSBURGH, PA  15264 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,795.71<br>COMMENT:  CITIBK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5605 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  105.28<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5239 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  8,686.12<br>COMMENT:  $CL-PL*1ST*AMD*THRU 4/15 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5070*THRU 4/15 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  1,940.95<br>COMMENT:  $CL-PL@0%MDF/PL*32.35/MO*NON % BEARING*W/4*2ND | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  0900 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  348.07<br>COMMENT:  476A138*CL9GOV*2022.49@12%~13-14@TOT/PL*13-15*NON INT*W/5 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A138 |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  66.72<br>COMMENT:  476A138*CL7GOV*536.80@10%TTL/PL*14-15*NON INT*UNS/SCH*W/25 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A138 |
| **BETHEL PARK SD (BETHEL) (RE)**<br>C/O ANDREWS AND PRICE LLC - DLNQ CLLCTR<br>1500 ARDMORE BLVD #506<br>PITTSBURGH, PA  15221 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  530.03<br>COMMENT:  476A138*CL5GOV*4624.10@10%~13-14@TOT/PL*08-10,12-14*NON INT*W/6 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A138 |
| **MUNICIPALITY OF BETHEL PARK (RE)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  123.97<br>COMMENT:  476A138*CL8GOV*708.77@10%@TOT/PL*13-14*NON INT*W/9 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A138 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BETHEL PARK SD & MUNIC OF BETHEL PARK (I**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  5,273.50<br>COMMENT:  ...2236*$CL-PL*05,10-11*NT/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0657 |
| **M & T BANK**<br>1100 WEHRLE DR<br>WILLIAMSVILLE, NY  14221 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  48.49<br>COMMENT:  $707.96CL-PL*THRU 5/15 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5178 |
| **PITTSBURGH WATER & SEWER AUTH***<br>C/O JORDAN TAX SERVICE INC*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  0.00<br>COMMENT:  80C22*CL19GOV*423.21@10%TTL/PL*13-15*NON INT*UNS/SCH*W/31 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0C22 |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  47.72<br>COMMENT:  SEE DKT FOR DETAILS | CRED DESC:  FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.:  $/OE |