Case 15-21666-GLT    Doc 124    Filed 11/05/18    Entered 11/05/18 09:59:36    Desc Main Document    Page 1 of 1

Bankruptcy Notice. Case Number: . Debtor: Jerry C. Glikis and Leslie C. Glikis    PAGE 1 OF 1

# Proof of Publication of Notice in
# Pittsburgh Legal Journal

Commonwealth of Pennsylvania }
} SS:
County of Allegheny, }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

## Jun 25, 2018

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

Signature of Affiant

Subscribed and sworn to before me this 25th day of June, 2018

Notary Public

Kathryn Meyers
Steidl & Steinberg
Gulf Tower
707 Grant St., Ste. 2830
Pittsburgh, PA 15219-2105

---

## Bankruptcy Notice

In the United States Bankruptcy Court for the Western District of Pennsylvania
IN RE: Jerry C. Glikis and Leslie C. Glikis
Bankruptcy Number: 15-21666 GLT
Notice of Sale to Creditors and Other Parties in Interest

Notice is hereby given that Kenneth Steidl, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Divested of all Liens, Judgments and Encumbrances.

The Debtors, Jerry C. Glikis and Leslie C. Glikis, have received an offer of $242,000.00 with a seller assist of 3% of the purchase price for the Debtors' real property being known as 5204 Dresden Way, Pittsburgh, PA 15201 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on July 18, 2018 at 9:00 AM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtors' attorney, Kenneth Steidl, Esquire, Steidl and Steinberg, Suite 2830 - Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, 412-391-8000.

18-03454 Jun 25, 2018

---

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

---

## Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates. . . $316.00
Proof Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $317.00

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 18-03454